IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01115-MSK-KLM

SHIRLEY ANDEXLER; LYNN and
DEBORAH BARNES; MARY F. COWAN,
CAROLYN CREEKMORE, and JAMES
RANALS; JAMES and ANN CONLEY; BILL
and LORI CORDOVA; DONALD and
TAMARA DEROWITSCH; ROBERT
ENGLISH and DONNA ZERBE; RICHARD
and VIRGILIA GOODWIN; BRUCE and
SHARON HOPKE; JACK and CYNTHIA
HOUGHTELLING; JOHN IRELAND and
KEVIN MURPHY; TERRI KERMAN; JOAN
and KEITH LIGHTCAP; MARY BETH and
ROBERT MARTIN; JOHN and KAREN
RHOADS; DAWN and GERE RYERSON;
DUANE and SHIRLEE SPEH,

       Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY,
INC., a Kansas Corporation; PETROGLYPH
ENERGY, INC., an Idaho Corporation;
III EXPLORATION COMPANY, an Idaho
Corporation; III EXPLORATION II LP, an
Idaho Limited Partnership;
INTERMOUNTAIN INDUSTRIES, INC., an
Idaho Corporation; and THOMAS
MELLAND, an individual,

       Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 6th day of August, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge