IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01115-MSK-KLM

SHIRLEY ANDEXLER; LYNN and
DEBORAH BARNES; MARY F. COWAN;
CAROLYN CREEKMORE; and JAMES
RANALS; JAMES and ANN CONLEY; BILL
and LORI CORDOVA; DONALD and
TAMAR DEROWITSCH; ROBERT
ENGLISH and DONNA ZERBE; RICHARD
and VIRGILIA GOODWIN; BRUCE and
SHARON HOPKE; JACK and CYNTHIA
HOUGHTELLING; JOHN IRELAND and
KEVIN MURPHY; TERRI KERMAN; JOAN
ROBERT MARTIN; JOHN and KAREN
RHOADS; DAWN and GERE RYERSON;
DUANE and SHIRLEE SPEH,

    Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY, INC., a Kansas corporation;
PETROGYLPH ENERGY, INC., and Idaho corporation;
III EXPLORATION COMPANY, and Idaho corporation;
III EXPLORATION II LP, and Idaho Limited Partnership;
INTERMOUNTAIN INDUSTRIES, INC., and
THOMAS MELLAND, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion for Leave Filed by Plaintiffs Richard Goodwin and Dawn Ryerson Regarding Settlement Conference** [Docket No. 23; Filed November 4, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiffs Richard Goodwin and Dawn Ryerson are excused from appearing at the Settlement Conference set for November 10 and November 11, 2009.

Dated: November 5, 2009