IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01115-MSK-KLM

SHIRLEY ANDEXLER; LYNN and
DEBORAH BARNES; MARY F. COWAN,
CAROLYN CREEKMORE, and JAMES
RANALS; JAMES and ANN CONLEY; BILL
and LORI CORDOVA; DONALD and
TAMARA DEROWITSCH; ROBERT
ENGLISH and DONNA ZERBE; RICHARD
and VIRGILIA GOODWIN; BRUCE and
SHARON HOPKE; JACK and CYNTHIA
HOUGHTELLING; JOHN IRELAND and
KEVIN MURPHY; TERRI KERMAN; JOAN
and KEITH LIGHTCAP; MARY BETH and
ROBERT MARTIN; JOHN and KAREN
RHOADS; DAWN and GERE RYERSON;
DUANE and SHIRLEE SPEH,

   Plaintiffs,

v.

PETROGLYPH OPERATING COMPANY,
INC., a Kansas Corporation; PETROGLYPH
ENERGY, INC., an Idaho Corporation;
III EXPLORATION COMPANY, an Idaho
Corporation; III EXPLORATION II LP, an
Idaho Limited Partnership;
INTERMOUNTAIN INDUSTRIES, INC., an
Idaho Corporation; and THOMAS
MELLAND, an individual,

   Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**
_____

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With

Prejudice (Motion) **(#28)** filed February 9, 2010.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 9th day of February, 2010.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge